IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02225-OES

JOHN L. SHEETS,

    Plaintiff,

v.

JANET SALAZAR,
SANDRA BROWN,
CORRECTIONAL OFFICER MISS HARRMANN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 4 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    On November 3, 2005, the Court granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915. On November 17, 2005, Plaintiff paid the $2.00 initial partial filing fee. On November 29, 2005, Plaintiff made a monthly partial payment of $2.21 towards the filing fee. On January 3, 2006, Plaintiff filed a motion titled "Motion to Waive 20%, Motion to Proceed in Civil Action 05-CV-02225-OES," in which he asks either to waive or postpone the monthly partial filing fee payments. In the November 3 order, Plaintiff was informed that each month he either must make a monthly payment towards the filing fee or show cause why he has no assets or no means to pay the initial partial fee by filing a current certified copy of his trust fund account statement. Therefore, the January 3 motion is DENIED.

Dated: January 4, 2006

Copies of this Minute Order mailed on January 4, 2006, to the following:

John L. Sheets
Prisoner No. 94967
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

                                          _____
                                          Secretary/Deputy Clerk